PS 8
(Rev. 12/04)

# UNITED STATES DISTRICT COURT

for

Michigan-Eastern

U.S.A. vs. Colton Jurisic

Docket No.

[0645 2:19CR20246]-[003]

### Petition for Action on Conditions of Pretrial Release

COMES NOW Heather McCamley, pretrial services/probation officer, presenting an official report upon the conduct of defendant Colton Jurisic,

who was placed under pretrial release supervision by the Honorable Elizabeth A. Stafford, sitting in the court at Detroit on the 16th date of May, 2019 under the following conditions:

Report to PTS as directed, continue to actively seek employment, do not obtain a passport or other international travel documents, travel restricted to ED/MI for Court/attorney meetings and ND/IA, avoid all contact, directly/indirectly with any person who is or may become a victim or witness including co-defendants, submit to LM as directed, pay all/part of costs of LM, Active Global Positioning Satellite (GPS) monitoring (including "hybrid" Active/Passive GPS), agree to participate in the computer restriction/monitoring program and abide by all rules and requirements of the program which will not permit access to the Internet, will require the installation of monitoring software by the pretrial service office or supervising officer on any computer the defendant has access to, including the defendant's cellular telephone, permit search of residence and computer to assist in ensuring compliance in conditions, no smartphone if it cannot be monitored, and no use of other's personal identification information.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

The addition of condition "Curfew. You are restricted to your residence every day; as directed by the pretrial services office or supervising officer".

This condition is necessary, as part of the defendant's location monitoring supervision and was inadvertently omitted at the time of the defendant's initial appearance.

PRAYING THAT THE COURT WILL ORDER the modification as stated above.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 05-24-2019

ORDER OF COURT

Considered and ordered this 4th day of June, 2019 and ordered filed and made a part of the records in the above case.

*Heather McCamley*
U.S. Pretrial Services/Probation Officer

PS 8
(Rev. 12/04)

*Elizabeth A. Stafford*

---
Honorable Elizabeth A. Stafford
U.S. District Judge/Magistrate Judge

Place   Detroit, Michigan

June 4, 2019