UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                    CASE NO. 19-20246
                                        HON. DENISE PAGE HOOD

v.

COLTON JURISIC,

        Defendant.

_____/

## ORDER TEMPORARILY MODIFYING DEFENDANT'S CURFEW SCHEDULE

On April 18, 2019, Defendant Colton Jurisic ("Jurisic") was charged by Indictment with one count of conspiracy to commit wire fraud (18 U.S.C. § 1349), [ECF No. 1] three counts of wire fraud (18 U.S.C. § 1343), [*Id.*] and three counts of aggravated identity theft (18 U.S.C. 1028A(a)(1)). [*Id.*] On December 18, 2019, Jurisic's attorney submitted an oral request to modify Jurisic's pretrial conditions on a limited basis. Jurisic requests to temporarily extend his curfew to attend two family holiday parties.

The Court **GRANTS** Jurisic's request. Jurisic's curfew will be 10:00 a.m.-2:00 p.m. and 4:00 p.m.-9:00 p.m. to attend the holiday party on December 23, 2019

and the holiday party on December 24, 2019. The Court permits Jurisic to travel to and from the holiday parties on December 23, 2019 and December 24, 2019.

The holiday party on December 23, 2019, will be at a Holiday Inn and the holiday party on December 24, 2019, will be at Jurisic's mother's house. Jurisic must provide his pretrial officer with the address of both holiday parties to comply with this Order. The conditions of Jurisic's pretrial release are otherwise unaltered and any deviations from this Court Order will be considered a violation of Jurisic's pretrial conditions.

For the reasons set forth above,

IT IS HEREBY ORDERED that Defendant Colton Jurisic's Oral Request to Modify his conditions of pretrial release is **GRANTED**.

DATED: December 20, 2019

s/Denise Page Hood
DENISE PAGE HOOD
Chief District Court Judge