**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

        Plaintiff,

Case No. 19-20246
HON. DENISE PAGE HOOD

vs.

COLTON JURISIC,

        Defendant.
_____/

## STIPUALTION TO MODIFY DEFENDANT'S CURFEW SCHEDULE

The above-named parties, by and through their counsel, agree and stipulate to modify Defendant Colton Jurisic's curfew schedule.

On December 24, 2021, Mr. Jurisic's curfew shall be modified from 10:00AM to 2:00PM to 3:00 PM to 9:00 PM so he may attend a family Christmas Eve dinner at the Holiday Inn Express 2080 Holliday Dr., Dubuque, IA 52002.

All other terms and conditions Colton Jurisic's release on bond in this matter shall remain in full force and effect.

**IT IS SO STIPUILATED**

*s/Timothy Wise (with consent)*
TIMOTHY WYSE
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9144
Timothy.Wyse@usdoj.gov

*s/ Michael A. Rataj*
MICHAEL A. RATAJ
500 Griswold Street, Suite 2450
Detroit, MI 48226
(313) 963-4529
ratajmi@aol.com

Dated: December 17, 2021

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

        Plaintiff,

Case No. 19-20246
HON. DENISE PAGE HOOD

vs.

COLTON JURISIC,

        Defendant.
_____/

### ORDER MODIFYING DEFENDANT'S CURFEW SCHEDULE

The above matter having come before the Court upon the stipulation of the parties, and the Court being fully advised in the premises:

**IT IS HEREBY ORDERED** that Defendant Colton Jurisic shall have permission to extend his curfew from 3:00PM until 9:00PM on December 24, 2021, for the purposes of attending a family Christmas Eve dinner at the Holiday Inn Express 2080 Holiday Dr., Dubuque, IA 52002.

**IT IS FURTHER ORDERED** that all other terms and conditions of the Defendant's release shall remain in full force and effect.

**IT IS SO ORDERED.**

                                      s/Denise Page Hood
                                      United States District Judge

Dated:  January 7, 2022